IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FERRIS, BAKER, WATTS, INC.  :
:
v.  : CIVIL NO. L-00-2077
:
KATHLEEN A. COSTLOW  :

ORDER

This Court held a telephone conference, on the record, on Tuesday, July 11, 2000. For the reasons stated at the conference, the Court hereby ORDERS that:

(i) the plaintiff's Motion for a Temporary Restraining Order is DENIED with leave to refile in the event that the arbitration proceedings before the NASD do not proceed in a timely manner;

(ii) by Monday, July 17, 2000, the parties are to submit a joint status report, advising the Court whether:

(a) the parties have initiated arbitration;

(b) arbitration is proceeding in a expedited manner;

(c) the arbitration authority has the power to issue monetary damages; and

(d) the plaintiff will be renewing its motion for a TRO; and

(iii) if the parties advise the Court that the arbitration panel has the power to issue monetary damages and that the plaintiff will not be renewing its motion for a TRO, the Court will then administratively close this case. The case would be reopened at the end of the

1



arbitration proceedings for the purposes of dismissing the case.

IT IS SO ORDERED this 13 day of July, 2000.

                                                          */s/ B. Legg*
                                        Benson Everett Legg
                                        United States District Judge