IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **FERRIS, BAKER, WATTS, INC.** | * | |
| Plaintiff | | |
| | * | |
| vs. | | Civil No.: L-00-2077 |
| | * | |
| **KATHLEEN COSTLOW, et al.** | | |
| Defendants | * | |

******

## SETTLEMENT ORDER
## (LOCAL RULE 111.1)

This Court has been advised by the parties that the above action has been settled, including all counterclaims, cross-claims and third-party claims, if any. Accordingly, pursuant to Local Rule 111.1 it is ORDERED that:

This action is hereby dismissed and each party is to bear its own costs unless otherwise agreed, in which event the costs shall be adjusted between the parties in accordance with their agreement. The entry of this Order is without prejudice to the right of a party to move for good cause within 30 days to reopen this action if settlement is not consummated. If no party moves to reopen, the dismissal shall be with prejudice.

IT IS FURTHER ORDERED that:

The Clerk of the Court shall mail copies of this Order to counsel of record.

Date: July 20, 2000

_____
Benson Everett Legg

U.S. District Court (Rev. 12/1999)

MICROFILMED
JUL 20 2000

# FERGUSON, SCHETELICH & HEFFERNAN, P.A.

ATTORNEYS AT LAW

1401 BANK OF AMERICA CENTER ♦ 100 SOUTH CHARLES STREET ♦ BALTIMORE, MARYLAND 21201-2725

Fax: (410) 837-1188 ♦ (410) 837-2200 ♦ www.fshlaw.com

TRACEY J. MCLAUCHLIN
DIRECT DIAL (410) 223-4089

July 19, 2000

The Honorable Benson E. Legg
United States District Court
For the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

Re:  *Ferris, Baker Watts, Inc. v. Kathleen Costlow, et al.*
     Case No.: L-00-2077
     Our File No.: 00-0274

Dear Judge Legg:

This letter will provide you with an update as to the status of the above referenced case as required by your Order of July 13, 2000. We apologize for any delay in filing the status report. Council for Ferris, Baker Watts have been attending depositions in Cumberland Maryland.

Per the Court's instructions Ferris, Baker Watts filed a petition for injunctive relief with the NASD. Subsequent to this filing the parties were able to resolve this dispute informally and have settled this matter.

Thank you for your consideration of our claim.

Respectively,

FERGUSON, SCHETELICH & HEFFERNAN, P.A.

*Tracey J. McLauchlin* /sp

By: Tracey J. McLauchlin
\sp
cc:   Tom Costello, Esquire